**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cv-00443-LJO-SKO |
| Petitioner, ) | **FINDINGS AND RECOMMENDATIONS** |
| ) | **REGARDING I.R.S. SUMMONS** |
| v. ) | **ENFORCEMENT** |
| ) | |
| ROCIO STINER, ) | |
| Respondent. ) | |

This matter came before the Court on May 11, 2011, pursuant to the Order to Show Cause issued on March 23, 2011, which, with the verified petition and memorandum, was personally served upon Respondent on March 25, 2011. Yoshinori H. T. Himel appeared for Petitioner, and petitioning Revenue Officer Michael Papasergia was present. Respondent did not file an opposition. She was present at the hearing and she stated that she was willing to comply with the summons at issue in this case.

The Verified Petition to Enforce Internal Revenue Service (IRS) Summons initiating this proceeding seeks to enforce an administrative summons (Doc. 1) in aid of Revenue Officer Papasergia's investigation of Rocio Stiner, sole member of First Source Staffing, LLC, to obtain financial information for the collection of assessed Employer's Federal Quarterly Tax (Form 941) for the tax periods ending June 30, 2009, and December 31, 2009.

Page 1

1    Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345 and is found

2    to be proper.  Sections 7402(b) and 7604(a) of the Internal Revenue Code authorize the

3    United States to bring the action.  The Order to Show Cause shifted to Respondent the

4    burden of rebutting any of the four requirements of *United States v. Powell*, 379 U.S. 48, 57-

5    58 (1964).

6    The Court has reviewed the petition and documents in support of the Petition.  Based

7    on the uncontroverted verification of Revenue Officer Papasergia and the entire record, the

8    Court makes the following findings:

9    (1) The summons issued by Revenue Officer Michael Papasergia to Respondent,

10   Rocio Stiner, on March 16, 2010, seeking testimony and production of documents and

11   records in Respondent's possession, was issued in good faith and for a legitimate purpose

12   under I.R.C. § 7602, that is, to obtain financial information for the collection of assessed

13   Employer's Federal Quarterly Tax (Form 941) for the tax periods ending June 30, 2009, and

14   December 31, 2009.

15   (2) The information sought is relevant to that purpose.

16   (3) The information sought is not already in the possession of the Internal Revenue

17   Service.

18   (4) The administrative steps required by the Internal Revenue Code have been

19   followed.

20   (5) There is no evidence of referral of this case by the Internal Revenue Service to the

21   Department of Justice for criminal prosecution.

22   (6) The verified petition and its exhibits made a prima facie showing of satisfaction

23   of the requirements of *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

24   (7) The burden shifted to Respondent, Rocio Stiner, to rebut that prima facie showing.

25   (8) Respondent has presented no argument or evidence to rebut the prima facie

26   showing.

27   The Court therefore RECOMMENDS that:

28

1.    The IRS summons issued to Respondent, Rocio Stiner, sole member of First Source Staffing, LLC, be ENFORCED as follows:

      a.    That Respondent be ordered to appear at the IRS offices at 4825 Coffee Road, Bakersfield, California 93308, before Revenue Officer Michael Papasergia, or his designated representative, on June 22, 2011, at 11:00 a.m., or at a later date to be set in writing by Revenue Officer Papasergia;

      b.    That at her appearance, Respondent be sworn to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons; and

      c.    That the examination of Respondent shall continue from day to day until completed.

2.    Jurisdiction be RETAINED to enforce its order by its contempt power; and

The Clerk shall serve this and future orders by mail to Ms. Rocio Stiner, First Source Staffing, LLC, Sole Member, 630 N. Irwin, Hanford, CA 93230.

These findings and recommendations are submitted to the United States District Judge assigned to the case, under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72-304 of the Local Rules of the United States District Court for the Eastern District of California.  Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten (10) days after service of the objections. The District Judge will then review these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are advised that failure to file objections within the

///

///

///

///

specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951

F.2d 1153 (9th Cir. 1991).


IT IS SO ORDERED.

**Dated:**   **May 18, 2011**                              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE