# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-00443-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| ROCIO STINER, | |
| Defendant. | |

_____/

On June 3, 2011, the District Court ordered, among other things, that Defendant Rocio Stiner appear at the I.R.S. offices at 4825 Coffee Road, Bakersfield, California, before Revenue Officer Michael Papasergia or his designated representative on June 22, 2011, at 11:00 a.m., or at a time and date to be set in writing by Revenue Officer Michael Papasergia.  (Doc. 12.)

Plaintiff is ordered to file a status report with the Court **within 10 days** after Defendant complies, or fails to comply, with the June 3, 2011, order.  If Defendant complies with the order, Plaintiff shall file a recommendation regarding whether the case should be closed.  If Defendant fails to comply with the June 3, 2011, order, Plaintiff shall inform the Court.

IT IS SO ORDERED.

**Dated:    June 3, 2011**              _____/s/ Sheila K. Oberto_____
                        UNITED STATES MAGISTRATE JUDGE