IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-0443 LJO SKO |
| Petitioner, | **ORDER TO CLOSE ACTION** |
| vs. | |
| ROCIO STINER, | |
| Respondent. | |

Given respondent's compliance with the tax summons directed to him, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   July 10, 2011**                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1